**Form fnldec** (Revised 10/07/2009)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 13−11223　　　　　　　　　　　　Chapter: 7

In re:

Donald Louis Calhoun
2402 N Bluff St
Wichita, KS 67220−0283

SSN: xxx−xx−5338

| **Entered By The Court**<br>**9/17/13** | **FINAL DECREE** | **Filed By The Court**<br>**9/17/13**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Steven L Speth is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 17　　　　　　　　　　　　　　　s/ Robert E. Nugent
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge